## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DEBRA GOLD, | : | No. 392 WAL 2017 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| PLESSET PROPERTIES PARTNERSHIP, | : | |
| T/D/B/A SHADYSIDE INN SUITES, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2018, the Petition for Allowance of Appeal and the Application for *Nunc Pro Tunc* Relief are **DENIED**.